Rel: August 23, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0752

Steven Mark Hayden v. Western Steel, Inc., William B. Cashion, Fred Campbell, and Jason Spinks (Appeal from Jefferson Circuit Court: CV-19-902733).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Shaw, Acting C.J.,* and Sellers and Mendheim, JJ., and Windom, Kellum, and McCool, Special Justices,* concur.

Parker, C.J., and Wise, Bryan, Mitchell, and Cook, JJ., recuse themselves.

*Because five members of the Supreme Court, including the Chief Justice, recused themselves, on March 7, 2024, Acting Chief Justice Shaw appointed Presiding Judge Windom, Judge Kellum, and Judge McCool, of the Court of Criminal Appeals, to serve as Special Justices in this appeal.